IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

    Petitioner,

   v.

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA, ATTORNEY GENERAL'S OFFICE,

    Respondents.
_____/

No. C 11-80068M CW

ORDER FOR CLERK OF COURT TO FILE COMPLAINT AND FINDING COMPLAINT RELATED TO C 01-1423 CW

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

   (1)   a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

   (2)   an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

   (3)   a court order for the defendants to be subjected to a lie detector test;

   (4)   covert terrorism

it will not be filed unless it presents cognizable claims that are

not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

    The Court has reviewed the instant complaint, C 11-80068M, and finds that it does not concern one of the matters mentioned in the pre-filing order.  Therefore, the Clerk of the Court is ordered to file this complaint.  This case is related to case numbers C 01-1423 CW, C 01-1424 CW, and C 01-1723 CW.  If this case is randomly assigned to another judge, a related case order will be signed.

    IT IS SO ORDERED.

Dated: 4/5/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge